Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
(702) 949-8200 (phone)
(702) 949-8398 (facsimile)
mmccue@lrrlaw.com
mzhong@lrrlaw.com

Mark H. Izraelewicz (*pro hac vice* application to be filed)
Thomas I. Ross (*pro hac vice* application to be filed)
Kevin M. Flowers (*pro hac vice* application to be filed)
Amanda Antons (*pro hac vice* application to be filed)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300 (phone)
(312) 474-0448 (facsimile)
mizraelewicz@marshallip.com
tross@msrshallip.com
kflowers@marshallip.com
aantons@marshallip.com

Attorneys for Plaintiffs
SPECTRUM PHARMACEUTICALS, INC.
AND UNIVERSITY OF STRATHCLYDE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LLC<br><br>Defendant. | Case No. 2:15-cv-01360-JCM-GWF<br><br>**[PROPOSED] ORDER STAYING ACTION** |

WHEREAS, on January 23, 2015, Plaintiffs Spectrum Pharmaceuticals, Inc., and

University of Strathclyde brought this action against Actavis LLC ("Actavis"), alleging

infringement of U.S. Patent No. 6,500,829 (the "'829 patent") under 35 U.S.C. § 271(a), (b), (c),

6228991_1

and (e)(2)(A); and

WHEREAS, Plaintiffs and Actavis have jointly moved to stay the action pending resolution of *Spectrum Pharmaceuticals, Inc., v. Sandoz, Inc.*, Case No. 2:12-cv-00111 ("Sandoz Action"), which is currently on appeal to the U.S. Court of Appeals for the Federal Circuit, in accordance with terms and conditions agreed to by Plaintiffs and Actavis.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. All claims, counterclaims, and defenses as between Plaintiffs and Actavis are hereby stayed in their entirety pending submission of a joint motion by Plaintiffs and Actavis requesting that the stay be lifted for purposes of entering a judgment or order with respect to said claims, counterclaims, and/or defenses on terms and conditions agreed to between Plaintiffs and Actavis.

2. Each party shall bear its own costs and attorneys' fees in this action.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 28, 2015

6228991_1

2