| | |
|---|---|
| Michael J. McCue (Nevada Bar #6055)<br>Meng Zhong (Nevada Bar #12145)<br>LEWIS ROCA ROTHGERBER LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>(702) 949-8200 (phone)<br>(702) 949-8398 (facsimile)<br>mmccue@lrrlaw.com<br>mzhong@lrrlaw.com | Michael D. Rounds (Nevada Bar #4734)<br>Adam Yowell (Nevada Bar #11748)<br>BROWNSTEIN HYATT FARBER<br>SCHRECK, LLP<br>5371 Kietzke Lane<br>Reno, NV  89511<br>Telephone:  775.324.4100<br>Facsimile:  775.333.8171<br>mrounds@bhfs.com<br>ayowell@bhfs.com |
| Mark H. Izraelewicz<br>Thomas I. Ross<br>Kevin M. Flowers<br>Amanda Antons<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606-6357<br>(312) 474-6300 (phone)<br>(312) 474-0448 (facsimile)<br>mizraelewicz@marshallip.com<br>tross@marshallip.com<br>kflowers@marshallip.com<br>aantons@marshallip.com | *Attorneys for Defendant ACTAVIS LLC* |

*Attorneys for Plaintiffs*
*SPECTRUM PHARMACEUTICALS, INC.*
*and UNIVERSITY OF STRATHCLYDE*

**UNITED STATES DISTRICT COURT**

**THE DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LLC,<br><br>Defendant. | Case No.:  2:15-cv-01360-JCM-GWF<br><br>JUDGMENT |

WHEREAS, on July 17, 2015, Plaintiffs Spectrum Pharmaceuticals, Inc. and University of Strathclyde (collectively, "Plaintiffs") commenced this action against Actavis LLC ("Actavis"), alleging infringement of U.S. Patent No. 6,500,829 ("the '829 patent") under 35 U.S.C. § 271(a), (b), (c), and (e)(2)(A) (ECF No. 1);

WHEREAS Plaintiffs and Actavis have jointly moved for final judgment in this action in accordance with the Stipulation and Order to Lift Stay (ECF No. 10) and Stipulation and Order to Enter Final Judgment (ECF No. 11).

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

Judgment is entered in favor of Actavis that claims 1 and 2 of the '829 patent are invalid, and claims 3, 4, and 5-14 of the '829 patent are not infringed by ANDA No. 206516 as if fully tried and adjudicated.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: June 22, 2016